**99–1553.   State ex rel. Untied v. Taft.**

In Mandamus. Reported at 87 Ohio St.3d 1416, 717 N.E.2d 1104. On motion for reconsideration. Motion denied.

**99–1766.   State v. Dickens.**

Clermont App. No. CA98–09–075. Reported at 87 Ohio St.3d 1429, 718 N.E.2d 446. On motion for reconsideration. Motion granted and certified conflict accepted.

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

*Sua sponte,* cause held for the decision in 99–286, *State v. Williams,* Lake App. No. 97–L–191; briefing schedule stayed.